# United States Court of Appeals
## For the First Circuit

No. 12-1131

JOSEPH DELONG,

Petitioner, Appellant,

v.

THOMAS DICKHAUT,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 6, 2013 is amended as follows:

On page 4, line 2, change "December 1, 2012" to "December 1, 2011".

On page 4, line 3, change "December 21, 2012" to "December 21, 2011".

On page 4, line 5, change "December 1, 2012" to "December 1, 2011".